

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-10-00001-CV

_____


KEITH HATHCOCK, INDIVIDUALLY AND AS SOLE
SURVIVING HEIR OF HUNTER HATHCOCK, DECEASED,
AND ON BEHALF OF THE ESTATE OF HUNTER HATHCOCK,
AND AS NEXT FRIEND OF ALEXA HATHCOCK, A MINOR, Appellant

V.

HANKOOK TIRE AMERICA CORPORATION,
AND HANKOOK TIRE CO., LTD, Appellees


On Appeal from the 354th District Court
Hunt County, Texas
Trial Court No. 69778


Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

As part of the appellate record in this matter, exhibits were transferred to this Court for our use when this appeal was before us. Specifically, documents marked "Plaintiff's Exhibits 48, 53–55, 57, 58, 59, 60, 61, 75 (1 through 11), 117, 119-1, 119-2" and "Defendant's Exhibits 433, 434, 435" were transferred to this Court. It appears to this Court that the proper repository for these exhibits should be the District Clerk's Office of Hunt County, Texas. Accordingly, we order the clerk of this Court to transfer the exhibits filed in this appeal into the keeping of the Hunt County District Clerk by mailing the exhibits to the district clerk via certified mail, return receipt requested.

We further order Hunt County District Clerk Stacey Landrum on receipt of said exhibits, to sign and return to this Court the enclosed receipt for said exhibits.

IT IS SO ORDERED.

BY THE COURT

Date:   October 2, 2014

2

RECEIPT FOR ORIGINAL EXHIBITS

I, Stacey Landrum, Hunt County District Clerk, hereby acknowledge receipt of the following original exhibits from the Court of Appeals, Sixth Appellate District of Texas at Texarkana, in the case of *Keith Hathcock, Individually and as Sole Surviving Heir of Hunter Hathcock, Deceased, and on Behalf of the Estate of Hunter Hathcock, and as Next Friend of Alexa Hathcock, a Minor v. Hankook Tire Amercia Corporation, and Hankook Tire Co., Ltd.*, appellate cause number 06-10-00001-CV and trial court cause number 69778:  documents marked "Plaintiff's Exhibits 48, 53–55, 57, 58, 59, 60, 61, 75 (1 through 11), 117, 119-1, 119-2" and "Defendant's Exhibits 433, 434, 435."

                                    _____
                                    Stacey Landrum
                                    Hunt County District Clerk


Date:  _____